# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0625. LARRY BROWN CONSTRUCTION AND MAINTENANCE, INC. v. TECHNOLOGY INSURANCE COMPANY.**

The Appellant in the above-styled case has filed a motion to withdraw its appeal. Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  01/06/2022*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.